1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

OLD BRIDGE CELLARS,

Plaintiff,

v.

ROSE & ARROW, LLC,

Defendant.

Case No.  22-cv-03126-BLF

**ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT**

[Re:  ECF No. 4]

On August 4, 2022, Plaintiff Old Bridge Cellars moved to continue the Case Management Conference from August 25, 2022 to October 6, 2022, indicating that Defendant Rose & Arrow, LLC assents to the motion.  *See* ECF No. 4.  The Court GRANTS Plaintiff's request AS MODIFIED BY THE COURT.  The Court RESETS the Case Management Conference for November 10, 2022 at 11:00 A.M.

**IT IS SO ORDERED.**

Dated:  August 4, 2022

_____
BETH LABSON FREEMAN
United States District Judge