J. SCOTT GERIEN, State Bar No. 184728
JOY L. DURAND, State Bar No. 245413
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
OLD BRIDGE CELLARS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Old Bridge Cellars,<br><br>            Plaintiff,<br><br>   vs.<br><br>Rose & Arrow, LLC,<br><br>            Defendant. | CASE NO.  22-cv-03126-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: September 6, 2022            Respectfully submitted,

                        DICKENSON, PEATMAN & FOGARTY

                        By _____
                           J. Scott Gerien
                           Joy L. Durand

                        1500 First Street, Suite 200
                        Napa, California 94559
                        Telephone: 707-252-7122
                        Facsimile: 707-255-6876

                        Attorneys for Plaintiff,
                        Old Bridge Cellars

NOTICE OF VOLUNTARY DISMISSAL         1         CASE NO. 22-cv-03126-BLF

## PROOF OF SERVICE

I, the undersigned, certify that I am over age 18, and am not a party to this action, and am employed in the County of Napa, California. My business address is 1500 First Street, Suite 200, Napa, CA 94559.

On the date indicated below, I served the following documents: **NOTICE OF VOLUNTARY DISMISSAL** on the person(s) below, as follows:

| Robert M. O'Connell, Jr.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>222 Berkeley Street, Suite 200<br>Boston, MA  02116-3740 | |

( **XX** )   U. S. MAIL. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

(  )   BY ELECTRONIC SERVICE. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the document(s) to be sent to the person(s) at the electronic notification address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(  )   BY OVERNIGHT DELIVERY. By causing a true copy thereof to be delivered to the person(s) at the address(es) set forth above, by and/or through the services of:

a.   ___ United Parcel Service;     b.  ____ Federal Express;    c.  ____ Express Mail

(  )   BY HAND DELIVERY. I caused the document(s) to be hand delivered to the person(s) at the address address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 6, 2022 at Napa, California.

_____
Barbara Barrera
Legal Secretary